SCWC-12-0001006

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ALYSSA M. BAILEY,
Petitioner/Plaintiff-Appellant,

vs.

JOHN ANTHONY SIRACUSA and SANDRA G. SIRACUSA, dba METRO MOTORS,
Respondents-Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001006; CIV. NO. 11-1-0278)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant's Application for Writ

of Certiorari, filed on June 3, 2014, is hereby rejected.

DATED:  Honolulu, Hawai'i, July 17, 2014.

Charles S. Lotsof                    /s/ Mark E. Recktenwald
for petitioner
                                     /s/ Paula A. Nakayama
Philip R. Brown,
Effie Steiger and                    /s/ Sabrina S. McKenna
Justin M. Chu
for respondents                      /s/ Richard W. Pollack

                                     /s/ Michael D. Wilson

